IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| VERNELL CODE, | : |
| Plaintiff, | : |
| v. | : CASE NO. 5:06-cv-80 (RLH) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | : |
| Defendant. | : |

## **J U D G M E N T**

Pursuant to the Opinion and Order of this Court filed March 22, 2007, and for the reasons stated therein, Judgment is hereby entered reversing the Commissioner's decision with remand pursuant to Sentence Four of 42 U.S.C. § 405(g) and in compliance with Rule 58 and/or Rule 79(a) of the Federal Rules of Civil Procedure.

This 22nd day of March, 2007.

GREGORY J. LEONARD, CLERK

s/ Denise Partee, Deputy Clerk